,Rev. 7/06
CO Hab Corp
AO 241 amd.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Page 1

# FILED

MAR 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN HARGROVE
_____
NAME (Under which you were convicted)

#23824-016
_____
PRISON NUMBER

P.O. Box 630
_____
PLACE OF CONFINEMENT/ADDRESS
Rivers Correctional Institution
_____
Winton, NC   27986
_____
_____


KEVIN HARGROVE
_____                    )
(Full Name)                     Petitioner          )
                                                    )
                    v.                              )   Case: 1:08-cv-00543
                                                    )   Assigned To : Roberts, Richard W.
BERNARD GOODING, MICHAEL NIAS,                      )   Assign. Date : 3/26/2008
COURT SERVICES OFFENDER SUPERVISION                 )   Description: Habeas Corpus/2255
AGENCY,                                             )
_____                    )
(Name of Warden, Superintendent, Jailor, or        )
authorized person having custody of petitioner)    )
                              Respondent            )


## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

3.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

5.    If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6.    Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7.    When you have completed the form, send the original and one copy to:
      Clerk, United States District Court for the District of Columbia
      Room 1225
      333 Constitution Avenue, NW
      Washington, DC 20001

9.    <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.    (a)    Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
      300 Indiana Ave., NW, Washington, D.C.

2.    (a)    Date of the sentence (or detention): _____

3.    Length of sentence: 35 days to 127 days

4.    Nature of offense involved (all counts): The Petitioner while on parole was given an evaluation by Bernard Gooding a treatment specialist for CSOSA. This defendant knowingly and willfully falsified government document for his 35 days to 127 days recommendation.

5.    (a)    What was your plea? (Check one):
      ☒    Not guilty
      ☐    Guilty
      ☐    Nolo Contendere (no contest)
      ☐    Insanity

(b)   If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_____

_____

_____

_____

_____

6.   Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☑ Yes

☐ No

7.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1)   Name of Court: United States District Court, District of Columbia

(2)   Nature of the proceedings: _Civil rights violation_

_____

_____

(3)   Grounds raised: Defendant Bernard Gooding knowingly and willfully falsified a government document to justify his recommendation to send Plaintiff to a 35 days to 127 days residential substance abuse treatment for the non-existent chronic usage of P.C.P. by Plaintiff in violation of his protected rights.

(4)   Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes

☑ No

(5)   Result: _____

(6)   Date of result: _____

(b)   As to any second petition, application, or motion, give the same information:

(1)   Name of Court: _____

(2)   Nature of the proceedings: _____

_____

_____

_____

(3)   Grounds raised: _____

_____

_____

_____

_____

(4)   Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes

☑ No

(5)   Result: _____

(6)    Date of result: _____

(c)    As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: _____
    (2)    Nature of the proceedings: _____
                _____
                _____

    (3)    Grounds raised: _____
                _____
                _____
                _____
                _____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
                  ☐    Yes
                  ☒    No
    (5)    Result: _____
    (6)    Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)    First petition, etc."
                  ☐    Yes
                  ☒    No
    (2)    Second petition, etc.:
                  ☐    Yes
                  ☒    No

    (3)    Third petition, etc.:
                  ☐    Yes
                  ☒    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    GROUND ONE:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:   On 6/26/06, Defendant Bernard Gooding reviewed documents provided by CSOSA to be the basis of the facts on which he was to make an informed accurate recommendation for drug treatment. After reviewing CSOSA toxicology results, CSOSA, SATB referral form, CSOSA SMART Drug Urine Testing history dating back (20)years, BOP report and D.C. Superior Court P.S.I. in his analysis of absolutely no usage of P.C.P. recorded in all of the above documents, save one. Defendant Gooding conjectured Plaintiff has phychosis due to chronic P.C.P. usage despite being informed by C.S.O. that she had verified absolutely no P.C.P. usage in violation of Plaintiff's protected rights.

B.    GROUND TWO:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:   On 6/26/06, Defendant Bernard Gooding used falsified government documents intentionally fabricated his recommendation of a (7) days detoxification and a (28) days residential treatment for non-existent chronic usage of P.C.P. by this Plaintiff at D.C. tax payers expense, this Plaintiff has suffered mental agony, emotional anguish, a (2) year delay of gravely needed medical attention, as well as financial ruin. Plaintiff will be paroled on May 1, 2008, and will again have to go to a (7) day detox and (28) days treatment due to the exact same falsified recommendation, unless the Court intervenes in this matter, by Ordering The Respondent To Nullify It's Falsified Recommendation That is in Violation of My rights.

C.    GROUND THREE:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

D.    GROUND FOUR:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them:

_____

_____

_____

_____

_____

_____

_____

_____

10.    Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

    ☐    Yes
    ☑    No

    (a)    If so, give the name and location of the court and case number, if known:

_____

_____

_____

11.    Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

    ☐    Yes
    ☑    No

    (a)    If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

_____

(b)    And give date and length of sentence to be served in future: _____

_____

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐   Yes

☑   No

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____

Petitioner's Signature

3 /13/ 08

Date

State of North Carolina, County of Pasquotank

Signed before me this 13th day of March 2008

By _Kevin Hargrove_

My Commission Expires 4/1/09

_____

Rita C. Williams, Notary Public

CSOSA Field Supervision - Running Record

Name: KEVIN HARGROVE     CSOSA     138688

| Contact Date | Next Contact | Contact Type | Contacted By | Contact With | Location | Purpose |
|---|---|---|---|---|---|---|
| 6/28/2006 | | E-Mail | Jacinda Henderson | SCSO | Halfway House | Treatment |

Notes: CIT RECOMMENDATION/RESIDENTIAL TREATMENT: SCSO Mays-Jacks forwarded email from CIT [Bernard Gooding) recommending the following." Based on the information reviewed, it appears that Mr. Hargrove is a candidate for residential treatment services. We are recommending inmate Hargrove complete 28-120 days of residential substance abuse treatment. His/her signature below is an acknowledgement that he/she will participate in the treatment program. Mental Health Inmate reports previously experiencing psychosis due to chronic PCP usage. Physical Health: Inmate has chronic arthritis in both of his knees and is medicated on ibuprofen. Parole Release SPECIAL CONDITIONS." Based on this information, will consult with inmate regarding treatment recommendation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/28/2006 | | Field Note | Nicole Dinkins | SCSO | Supervision Office | Case Review |

Notes: As per SCSO Mays-Jacks CSO Henderson will follow-up on this matter.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/2006 | | Field Note | Nicole Dinkins | No Contact | Supervision Office | Case Assignment |

Notes: Case assignment received from OPU. Case assigned to CSO Doh based on FED. REG. guidelines. Case file to be forwarded to CSO upon receipt from OPU.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/2006 | | In Person | Jerry Doh | Offender | Halfway House | Case Review |

Notes:
Look

ADDICTION SEVERITY INDEX: ASI was administered Offender presents with a history years of cocaine, marijuana, and PCP abuse. CSO will submit CIT referral package for assessment. Offender does not have any mental health problems. He has a history of Arthritic knees. He was referred to Unity Health Care Inc. for all his medical needs, and health insurance.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/2006 | | In Person | Jerry Doh | Offender | Halfway House | Staffing |

Notes: STAFFING: Offender arrived Hope Village CCC from Rivers Correctional Institution on 8/20/06 with a PED date of 8/04/06, and FTD of 4/04/10. Staffing team met with offender at length and all immediate needs-medical, housing, employment, and psychological issues were addressed. Program plan and re-entry services were discussed. Offender has a history of alcohol, and cocaine abuse. Offender will be referred to CIT for assessment to determine appropriate treatment modality.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/2006 | | In Person | Jerry Doh | Offender | Halfway House | Orientation |

Notes: ORIENTATION: Offender was oriented today to the TIPS program, and the rules/regulations of Hope Village. CSO explained the TIPS program and supervision expectations once he releases to CSOSA supervision. All intake forms were completed, and signed by both offender, and CSO. CIT referral package completed and submitted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/10/2006 | | Field Note | Estelle Marie Sunkins | No Contact | Supervision Office | Case Closure |

Notes: Case is processed for closure, file has been forwarded to OPU for assignment to gen. supervision.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/9/2006 | | Fax | Kelly Hines | Other Person | Supervision Office | Case Review |

08 0543

**FILED**

MAR 2 6 2008

The information contained is for official use only and is protected by Federal Privacy Act of 1974, 5 U.S.C. 552a(2000).

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# SMART Field Supervision – Running Record

Name:  KEVIN HARGROVE          CSOSA:              138696

| Contact Date | Next Contact | Contact Type | Contacted By | Contact With | Location | Purpose |
|---|---|---|---|---|---|---|

**Notes:**   STAFFING COMPLETED regarding inmate's request to have attorney review CIT recommendation prior to signing with SCSO Mays-Jacks. CSO informed his request was a CIT issue and should be directed accordingly. Based on this information, will notify CIT (Bernard Gooding) of same and inmate. (L.E.)

*Look At This ↗*

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/21/2006 | | Fax | Jacinda Henderson | None | Halfway House | Investigation |

**Notes:**   RELEASE PLAN received dated 7/20/06 indicating Residence with wife Julia Simpson at 3084 Stanton Road SE, Apt. 101, WDC 20020, phone (202) 484-6035. No employment reported. Will sign same and forward with reporting instructions ASAP.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/13/2006 | | Telephone | Jacinda Henderson | Friend | Halfway House | Verify Home |

**Notes:**   RE-VERIFIED HOUSING: Due to home investigation completed by TIPS Team 50 (CSO Kelly Hines) within the 90 days timeframe, made TC with friend Julia Simpson who confirmed inmate may still reside with her at 3084 Stanton Road Apt. #101 SE Washington, DC 20020 home 202-484-6035 cell 202-484-3308. She reported she plans to move soon after inmate is released on 8/4/2006. Informed inmate will have to report any changes to address to assigned supervision officer. Based on this information, residence appears suitable for inmate's release. Inmate issued and signed reporting instructions. Directed to report to OPU with release papers and photo ID on halfway house release date.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/12/2006 | | E-Mail | Jacinda Henderson | SCSO | Halfway House | Consultation |

**Notes:**   SCSO STAFFING/REVIEW REQUEST sent via email for consultation regarding performance contract being faxed to inmate's attorney sent to SCSO Mays-Jacks for review and direction. Will follow up on 7/13/2006.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/12/2006 | | In Person | Jacinda Henderson | Inmate | Halfway House | Treatment |

**Notes:**   PERFORMANCE CONTRACT/REQUEST FOR SAME TO BE FAXED TO ATTORNEY:  Performance contract reviewed with inmate. Requested same be faxed to the Public Defender's Office prior to him signing. Stated he was told by his attorney to do so. Inmate informed, this CSO must check with SCSO and/or legal department prior to faxing treatment due to confidentiality concerns. Directed to report to office on 7/13/2006 for follow up. Will request SCSO consultation regarding same.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/29/2006 | | Telephone | Jacinda Henderson | Treatment Specialist | Halfway House | Consultation |

**Notes:**   CIT CONSULTATION completed with Treatment Specialist Bernard Gooding, this CSO and inmate. Mr. Gooding explained his recommendation regarding residential treatment placement. Inmate requested email copy. He was informed by this CSO he would have to make a written request under FOIA for same. Inmate stated he IS NOT REFUSING TREATMENT. He was informed a CURRENT TB TEST IS NEEDED. HE WAS DIRECTED TO OBTAIN SAME ON 6/30/2006. Upon receipt of the result, same will be forwarded to Mr. Gooding for processing.

| | | | | | | |
|---|---|---|---|---|---|---|
| ∨ 6/28/2006 | | In Person | Jacinda Henderson | Inmate | Halfway House | Treatment |

**Notes:**   CONSULTATION COMPLETED REGARDING CIT RESIDENTIAL TREATMENT RECOMMENDATION: Consultation completed with inmate regarding treatment recommendation. He expressed contention regarding alleged "chronic PCP use" and drug testing results for past opiates use. Stated he was on prescribed medication (SMART drug tests results appear to confirm). Based on the aforementioned, inmate requests to speak with Treatment Specialist (Bernard Gooding) prior to his response regarding treatment. Email request sent regarding same. Response is pending. Will follow up on 6/29/2006.

*Look Yes →*

The information contained is for official use only and is protected by Federal Privacy Act of 1974, 5 U.S.C.552a(2000).

Welcome Melanie Smith! | Supervision - CSO | BO Reports | GPS | Help

# SMART

| Home | Offender | Supervision | Drug Testing | Assessment | Victim | Treatment | Investigation | Violation | Community Service | Vote |
|------|----------|-------------|--------------|------------|--------|-----------|---------------|-----------|-------------------|------|

*Drug Testing*

**KEVIN HARGROVE**                                                                                          **PDII**

**CSOSA:**

## Drug Testing History

### Link to Drug Test Report

| Test Date | Description | AMP | COC | METH | OPI | PCP | MARI | ALC | CREA | Result Status | Compl | Specimen # | Comr |
|-----------|-------------|-----|-----|------|-----|-----|------|-----|------|---------------|-------|------------|------|
| 03/12/2007 | Surveillance | - | - | - | - | - | | | | TurnedIn | | 31636977 | |
| 03/08/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31632635 | |
| 03/05/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31625339 | |
| 03/01/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31620809 | |
| 02/26/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31613406 | |
| 02/22/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31608900 | |
| 02/15/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31599425 | |
| 02/12/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31592388 | |
| 02/08/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31587995 | |
| 02/05/2007 | Surveillance | - | - | - | - | - | - | - | - | NoReport | NO | 31580688 | |
| 02/01/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31576066 | |
| 01/29/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31569183 | |
| 01/25/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31564743 | |
| 01/22/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31557437 | |
| 01/18/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31552946 | |
| 01/11/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31543165 | |
| 01/08/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31535710 | |
| 01/04/2007 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | - | - | NO | 31531185 | The creatinine sample is 14 m Creatinines less mg/dl may indi loading. |
| 12/28/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31521988 | |
| 12/21/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31512755 | |
| 12/18/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31507029 | |
| 11/13/2006 | Surveillance | - | - | - | - | - | - | - | | Excused | NA | 31447938 | Due to offender inpatient treatn CSO M.Smith. |
| 11/09/2006 | Surveillance | - | - | - | - | - | - | - | | Excused | NA | 31444682 | Due to offender inpatient treatn CSO M.Smith. |
| 11/06/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31437075 | |
| 11/02/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31432301 | |
| 10/30/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31425000 | |
| 10/26/2006 | Surveillance | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31420477 | |
| 10/23/2006 | Surveillance | - | Neg | - | Pos | - | Neg | Neg | Neg | - | NO | 31413094 | |
| | | | | | | | | | | | | | Offender excus |

| Date | Type | | | | | | | | Excused | NA | ID | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2006 | Surveillance | - | - | - | - | - | - | - | - | | 31408756 | testing due to c on 10/19/2006 |
| 10/16/2005 | Surveillance | - | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31401153 |
| 10/12/2005 | Surveillance | - | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31396573 |
| 10/05/2006 | Surveillance | - | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31386878 |
| 10/02/2006 | Surveillance | - | - | Neg | - | Neg | - | Neg | Pos | Neg | - | NO | 31379305 |
| 09/28/2006 | Surveillance | - | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31374866 |
| 09/25/2006 | Surveillance | - | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31367418 |
| 09/21/2006 | Surveillance | - | - | Neg | - | Pos | - | Neg | Pos | Neg | - | NO | 31362810 |
| 09/18/2006 | Surveillance | - | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31355431 |
| 09/14/2006 | Surveillance | - | - | Neg | - | Neg | - | Neg | Neg | Neg | - | YES | 31351023 |
| 09/11/2006 | Placement | | Neg | Neg | Neg | Neg | Neg | - | YES | 31345313 | acetaminophen 8/7/2006 |
| 08/07/2006 | Spot | Neg | Neg | Neg | Pos | Neg | Pos | Neg | NO | 31288349 | Offender provide Prescription Confirm for: Amoxicillin:Ace TYLENOL #3 Contain Heroin Metabol confirmed by G and Morphine c GCMS. K.H. |

G
08-543
RWR

JS-44
(Rev.1/05 DC)

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|

_Kevin Hargrove_

Bernard Goring, et al

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88881_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR.

_Pro se pr_

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

_# 23824-016_

AT

Case: 1:08-cv-00543
Assigned To : Roberts, Richard W.
Assign. Date : 3/26/2008
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☐ 3 Federal Question
   (U.S. Government Not a Party)

☑ 2 U.S. Government
   Defendant

☐ 4 Diversity
   (Indicate Citizenship of Parties
   in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| ☑ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*28 USC 2241*

---

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint

**JURY DEMAND:** ☐ YES ☑ NO

**VIII. RELATED CASE(S) IF ANY** *N/A*  (See instruction)   ☐ YES ☑ NO   If yes, please complete related case form.

**DATE** 3/26/08   **SIGNATURE OF ATTORNEY OF RECORD** *NCD*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

