UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN HARGROVE,<br><br>    Petitioner,<br><br>    v.<br><br>BERNARD GOODING *et al.*,<br><br>    Respondents. | Civil Action No. 08-0543 (RWR) |

**ORDER TRANSFERRING CASE**

Petitioner, a prisoner at the Rivers Correctional Institution in Winton, North Carolina, has applied for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, challenging certain conditions of his confinement. (Pet. at 3.) Upon consideration of the petition, the Court will transfer the case to the proper venue.

The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711, 2720 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004); *accord Rooney v. Secretary of Army*, 405 F.3d 1029, 1032 (D.C. Cir. 2005) ("jurisdiction is proper only in the district in which the immediate, not the ultimate, custodian is located") (internal citations and quotation marks omitted). Petitioner's custodian is not within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is hereby

ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of North Carolina.

Date: May 7, 2008

/s/
RICHARD W. ROBERTS
United States District Judge